IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY F. HIGNITE, | ) | CV F 05-1493 OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION |
| | ) | FOR TRANSFER |
| v. | ) | |
| | ) | [Doc. 16] |
| THOMAS FELKER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On February 27, 2008, Petitioner filed a motion for a transfer to a federal prison. In his motion, Petitioner explains that in 2006, he wrote to the California Interstate Corrections and Parole Compact Unit, seeking to be transferred to a federal prison. Petitioner states that he received a brief letter from that entity, asking for his case number. Petitioner states that he provided his case number, but never received a response in regard to the requested transfer. Petitioner now repeats his desire to be transferred to a federal prison.

This court lacks jurisdiction over the California Interstate Corrections and Parole Compact Unit, a state entity which is not a party to this action. Further, Petitioner provides no legal authority of any kind as to how this court would have jurisdiction over the issue of the housing of a California inmate, based merely on his personal preference. Accordingly, Petitioner's motion for a transfer is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   May 6, 2008**               /s/  **William M. Wunderlich**
                                  UNITED STATES MAGISTRATE JUDGE